UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOHN DOE AKA BILL (LNU) (81),<br><br>                Defendant. | CASE NO. 85CR252-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_x_    the Court has granted the motion of the Government for dismissal;

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of cocaine with Intent to Distribute (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

*Larry A. Burns*
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE